[No. 12325–4–I. Division One. April 2, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. FANNIE
LEE LOFTON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82–1–01491–1, Robert M. Elston, J., entered
September 14, 1982. *Affirmed* by unpublished opinion per
Callow, J., concurred in by Durham, C.J., and Williams, J.

[No. 12443–9–I. Division One. April 2, 1984.]

GERALD TRUEBLOOD, *Appellant*, v. THE STATE OF
WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 82–6–01138–4, Francis E. Holman, J., entered
July 6, 1982. *Dismissed* by unpublished per curiam opinion.

[No. 12759–4–I. Division One. April 2, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82–1–02921–8, Horton Smith, J., entered Jan-
uary 4, 1983. *Dismissed* by unpublished per curiam opinion.

[No. 12757–8–I. Division One. April 2, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
GEORGE MILNE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 79–1–01741–4, Robert E. Dixon, J., entered
December 22, 1982. *Affirmed* by unpublished opinion per
Callow, J., concurred in by Durham, C.J., and Williams, J.